## MICHAEL DAWSON *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Dawson's petition for certification for appeal from the Appellate Court, 106 Conn. App. 614 (AC 27528), is denied.

*Mary Boehlert,* special public defender, in support of the petition.

*Kathryn Ward Bare,* deputy assistant state's attorney, in opposition.

Decided May 13, 2008

## STATE OF CONNECTICUT *v.* JOHN KAMINSKI

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 114 (AC 27627), is denied.

*Arthur L. Ledford,* special public defender, in support of the petition.

*Robin S. Schwartz,* assistant state's attorney, in opposition.

Decided May 13, 2008

## STATE OF CONNECTICUT *v.* KEENAN CORLEY

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 682 (AC 27647), is denied.

*Raymond L. Durelli,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided May 13, 2008